# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:13-cv-468-FDW
## (3:00-cr-222-GCM-1)

| | |
|---|---|
| TIMOTHY JEROME NIXON, | ) |
| Petitioner, | ) |
| vs. | ) **ORDER** |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

This matter is before the Court on an unopposed motion of Petitioner, (Doc. No. 15), to hold his habeas petition pursuant to 28 U.S.C. § 2241[1] in abeyance pending resolution of the appeal in <u>United States v. Wheeler</u>, Fourth Circuit Case No. 16-6073. The Respondent has consented to the motion to stay.

IT IS HEREBY ORDERED that the Motion to Stay, (Doc. No. 15), is **GRANTED**. The United States shall have 45 days after the Fourth Circuit issues <u>Wheeler</u> in which to move to re-open this case and file its response.

Signed: September 11, 2017

Frank D. Whitney
Chief United States District Judge

---

[1] Petitioner alternatively seeks *coram nobis* relief under 28 U.S.C. § 1651(a) or a writ of *audita querela*.